### DONALD W. UTZ *v.* COMMISSIONER OF CORRECTION
### (AC 24137)

Foti, Dranginis and Flynn, Js.

Argued October 22—officially released November 16, 2004

Per Curiam. The habeas court did not abuse its discretion in denying the petition for certification to appeal from the denial of the petition for a writ of habeas corpus.

The appeal is dismissed.

### PAUL R. GUITARD *v.* COMMISSIONER OF CORRECTION
### (AC 24890)

Dranginis, Flynn and McLachlan, Js.

Submitted on briefs October 27—officially released November 16, 2004

Per Curiam. The habeas court did not abuse its discretion in denying the petition for certification to appeal from the denial of the petition for a writ of habeas corpus.

The appeal is dismissed.